UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dennis Sobin, Plaintiff
2512 Virginia Ave NW, # 58043
Washington, DC 20037

Case: 1:14-cv-02119
Assigned To : Sullivan, Emmet G.
Assign. Date : 12/16/2014
Description: Pro Se Gen. Civil

VS.

RSOL, Inc, aka Reform Sex Offender Laws, Inc., Defendant
PO Box 400838
Cambridge, MA 02140

## COMPLAINT

This is a complaint against RSOL, Inc. for publishing slanderous and libelous information on its website about a publication, a guide, plaintiff Dennis Sobin wrote. This complaint is being filed in federal court because there is a diversity of jurisdiction issue in this matter. Defendant RSOL, Inc. lists various locations for its operations on its website, one in New Mexico and the other in Massachusetts. Plaintiff is located in Washington, DC. In addition a federal complaint is warranted here because the defendant has engaged in fraud across state lines.

The facts in this complaint are as follows:

1. Defendant RSOL, Inc. is a corporation that maintains a website whose Internet address is Reformsexoffenderlaws.org

2. On April 18, 2014 an article was published on Defendant's website entitled "Some Really Bad Advice." (See article in appendix A).

3. The article contains misstatements of fact about the guide that plaintiff wrote. The article shows a reckless disregard for the truth and is libelous and defamatory to Plaintiff.

4. The article states that "Within 24 hours, the document was taken down and all trace removed even from search engines." In fact Plaintiff's guide (i.e,, "document") was never "taken down," and remains accessible even now on the Internet through various websites. Nor was it removed from search engines. In fact, Google statistics reveal that the guide is viewed by 5,000 to 10,000 people daily, and is downloaded by 200 to 300 people daily.

5. The Defendant's article also alleges that the guide is harmful to anyone who follows the legal advice in it. But the advice in Plaintiff's guide comes from highly respected lawyers affiliated with Plaintiff. Defendant not only is wrong in giving bad counter-advice from what is offered in the guide, but offers no basis or authorities for its legal advice.


RECEIVED
Mail Room

DEC - 1 2014

Angela D. Caesar, Clerk of Court
U S District Court, District of Columbia

8. Defendant also practices fraud across state lines by recruiting members and supporters nationally by giving legal advice despite not being authorized to practice law nor citing any legal authorities. In fact Defendant is barred from giving legal advice according to Defendant's own corporate bylaws. Specifically, Article IX of its bylaws states that: "RSOL is not a law firm and does not provide legal advice or counsel to its members or other interested parties but may refer individuals to attorneys and/or professional organizations that provide legal services."

6. The libelous, defamatory and fraudulent actions of defendant have caused damages to plaintiff in the amount of $100,000.

Plaintiff asks this honorable court to find that defendant has libeled and slandered Plaintiff by showing a reckless disregard for the truth and also engages in interstate fraud. After such a finding is made, Plaintiff asks this honorable court to order the Defendant to remove of the defamatory and misleading article from Defendant's website, publish an apology, cease and desist giving further legal advice, pay the plaintiff $100,000 in damages, and provide other sanctions that this honorable court deems appropriate.

Respectfully submitted by

*Dennis Sobin*
Dennis Sobin, Plaintiff pro se
2512 Virginia Ave NW, # 58043
Washington, DC 20037
202-393-1511
dennissobin@yahoo.com

## Appendix A

**"Some Really Bad Advice"** Article published on April 18, 2014 on Defendant's website

On April 17, 2014, RSOL became aware of a document purporting to claim how one might legally avoid being placed on the sex offender registry; it was written by the research and legal staff of Safe Streets Arts Foundation. The Safe Streets Arts Foundation is headed by Dennis Sobin, who posted the "Idiot's Registry" some months back.

Charitable persons thought it might be a really bad attempt at an even worse joke. Within 24 hours, the document was taken down and all trace removed even from search engines. Unfortunately many people may have downloaded or copied the information and taken it seriously. RSOL wants to caution our members and supporters about the advice contained in this document.

"The author of this Avoidance Guide has failed to do his research in the area of state registry homelessness requirements," states e-Advocate. "The essence of his thoughts are: Always stay homeless, hence have no specific residence, then move before the end of the grace period (which every registry has) and this will keep one's name off the registry. No doubt following this theory will cause someone to end up in jail/prison when caught. Judges are not dumb."

"At best this is highly irresponsible," says RSOL Executive Director Brenda Jones. "Someone will be foolish enough to try it and get arrested, and the Safe Streets Arts Foundation will find out really fast just how bad their advice is. Deliberate homelessness and frequent moves are foolhardy.

"Secondly, and far more important, by pulling this little maneuver, the would-be registry-avoider will set himself up to be subject to the Adam Walsh Act in a way that somebody homeless inside a state would not," Jones continued. "The Adam Walsh Act is all about interstate commerce. Not only your home state but also the Feds would have a case against you. Both could and would charge you federally with failure to register. When, or IF you eventually got out of prison, you'd still have to go register with a state, but you would now (if you didn't already) have a FEDERAL conviction on your record," Jones concluded.

When asked for an opinion, one paralegal expressed outrage that so many offenders could be exposed to state and federal prosecution. "...This type of uninformed advice will have people thinking they can do as the article suggests and just 'disappear.' Not so. Whoever wrote this is going to cause people to lose a good deal of their life to a conviction they should never have."

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dennis Sobin, Plaintiff
2512 Virginia Ave NW, # 58043
Washington, DC 20037

CIVIL ACTION NO. _____

VS.

RSOL, Inc, aka Reform Sex Offender Laws, Inc., Defendant
PO Box 400838
Cambridge, MA 02140

## AFFIDAVIT OF SERVICE

I, Dennis Sobin, hereby declare that on the __26__ day of __November__, 20_14_, I mailed a copy of the complaint by first-class mail to RSOL, Inc, aka Reform Sex Offender Laws, Inc.

*/s/ Dennis Sobin*
Dennis Sobin, Plaintiff pro se
2512 Virginia Ave NW, # 58043
Washington, DC 20037
202-393-1511
dennissobin@yahoo.com